**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-108-1 |
| ANTONIO DURAN | § | |

**O R D E R**

Defendant Duran filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 159). The motion is GRANTED. The sentencing hearing is reset to **January 24, 2012, at 9:00 a.m.**

SIGNED on October 21, 2011, at Houston, Texas.

                                                                         Lee H. Rosenthal
                                                  United States District Judge