IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-10-108-1 |
| | § | |
| ANTONIO DURAN | § | |

**O R D E R**

Defendant Duran filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 162 ). The motion is GRANTED. The sentencing hearing is reset to **May 1, 2012, at 9:00 a.m.**

SIGNED on January 23, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge