## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-108-1 |
| | § § § § | |
| ANTONIO DURAN | § | |

# O R D E R

Defendant Duran filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 164 ). The motion is GRANTED. The sentencing hearing is reset to **August 3, 2012, at 9:00 a.m.**

SIGNED on April 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge